JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENIGNO CORTEZ,<br><br>          Plaintiff,<br><br>   v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>          Defendants. | Case No. CV 25-2282-MWF(MAAx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has considered the parties' Stipulation of Dismissal (the "Stipulation").  (Docket No. 24).  For good cause shown, the Stipulation is GRANTED.  The entire action, including all claims and counterclaims against all parties, is hereby DISMISSED with prejudice.  As requested by the parties, the Court shall retain jurisdiction over the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: July 9, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-